**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 5:10-CV-322(MTT)<br>) |
| **$8,527.00 IN UNITED STATES FUNDS,** | )<br>) |
| Defendant Property, | )<br>) |
| **ERIC ANDREAS JACKSON,** | )<br>) |
| Claimant, | )<br>) |

## ORDER

The Court held a status conference in this matter on February 1, 2011 to address the Claimant Eric Andreas Jackson's failure to respond to special interrogatories served on or about November 30, 2010. Claimant's counsel acknowledges that the interrogatories seek discoverable information. Accordingly, it is hereby ordered that the Claimant shall respond to the plaintiff's special interrogatories on or before February 15, 2011.

**SO ORDERED,** this 1st day of February, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT